AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF TEXAS

United States of America )
v. )
) Case No. 4:18MJ159
Richard Denver Belden )
)
)

*Defendant(s)*

**FILED MAY 18 2018 Clerk, U.S. District Court Texas Eastern**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 15, 2018__ in the county of __Collin__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of of child pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Task Force Officer Jeffrey Rich, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/18/2018

_____
*Judge's signature*

City and state: Plano, Texas

Kimberly C. Priest Johnson, U.S. Magistrate Judge
*Printed name and title*