IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:18CR 103 |
| RICHARD DENVER BELDEN | § § | Judge Mazzant |

FILED
JUN 1 3 2018
Clerk, U.S. District Court
Texas Eastern

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) (Receipt of Child Pornography)

On or about May 2, 2018, in the Eastern District of Texas, **Richard Denver Belden**, defendant, did knowingly receive any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. Specifically, the defendant, **Richard Denver Belden**, using a peer-to-peer file sharing network, the Internet, and digital devices he owned and possessed, received the following visual depiction.

| FILE IDENTIFIER | DESCRIPTION |
|---|---|
| (Pthc) ▇▇▇ Brand New.avi | This 17-minute, 41-second video consists of a compilation of videos depicting the same prepubescent female. In the videos, an adult male inserts his erect penis into the nude, prepubescent female's vagina |

|  | and mouth, and inserts a foreign object into the child's anus. |
|---|---|

In violation of 18 U.S.C. § 2252A(a)(2)(A) and (b)(1).

### Count Two

>Violation: 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) (Possession of Child Pornography)

On or about May 15, 2018, in the Eastern District of Texas, **Richard Denver Belden**, defendant, did knowingly possess material, namely, a Dell laptop computer, black in color and containing a 240GB PNY hard drive bearing identifying number PNY29140000552751002, that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce; that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that had been produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. Included among the images that the defendant, **Richard Denver Belden**, possessed were the following:

| FILE NAME | DESCRIPTION |
|---|---|
| 77857.gif | This .gif image plays in a repeating loop and depicts a nude, prepubescent female. The child is depicted laying on her back on what appears to be a bed. The child's legs are spread and the focal point of the camera is the child's genitals; her face is visible at the top of the image. The child is |

Indictment – Page 2

| | using her fingers to spread her vagina for the camera. |
|---|---|
| 014.jpg | This image file depicts a prepubescent female lying on her back with her legs pulled up and back so that her knees are near her head. The child's pants are pulled down and the focal point of the camera is the child's nude vagina. The child is holding a pink/red colored cylindrical object and appears to be inserting the object into her vagina. |
| 00697940015157684432.jpg | This image file depicts a nude adult male with an erect penis. A prepubescent female is seated on what appears to be a bed with the adult male's erect penis in her hand and penetrating her mouth. A second prepubescent female is depicted watching the man and first child. |

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

## Count Three

Violation: 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) (Possession of Child Pornography)

On or about May 15, 2018, in the Eastern District of Texas, **Richard Denver Belden**, defendant, did knowingly possess material, namely, an HGST 4TB internal hard drive, labeled "Movies 4TB" and bearing serial number LAGG9L4J, that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce; that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that had been produced using materials that had been mailed and shipped and transported in and affecting interstate and

foreign commerce by any means, including by computer. Included among the images that the defendant, **Richard Denver Belden**, possessed were the following:

| FILE NAME | DESCRIPTION |
|---|---|
| [pthc] ▮▮▮▮▮▮▮▮ (Parts 2,3,4 – 17m40s) ~ pedomom hurtcore OPVA!!!!!.avi | This 17-minute, 38-second video depicts a prepubescent toddler female and a pubescent female. The pubescent female forces the prepubescent female to digitally and orally touch her genitals. The pubescent female penetrates the prepubescent female's vagina and anus with her fingers and an ice cube. The prepubescent female is tied to a bar and hung upside down with duct tape covering her mouth and clamps on her nipples and genitals, while hot wax is poured on her. |
| Pedo Mom.mpg | This 2-minute, 16-second video depicts an adult female performing oral sex on a nude, prepubescent female. |
| [PTHC] ▮▮▮▮ full(6yo).avi | This 6-minute, 49-second video consists of a compilation of videos of a prepubescent female. In one clip, the prepubescent female's legs are spread apart and tied to a green bar while a foreign object is inserted into her vagina and anus. In another clip, an adult male penetrates the prepubescent female's anus with his erect penis. |
| Moscow 5-1 (VHS 5) 7yo daughter Pedo Mom – (Rare dad & Daughter PTHC Video) (((Kingpass)))….1.avi | This 18-minute, 52-second video consists of a compilation of videos of a prepubescent female who is depicted nude, riding a bike; posed on a bed to display her genitals; blindfolded while an adult male's penis penetrates her vagina and mouth; and masturbating an adult male's penis. |

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Upon conviction of the offense(s) alleged in this Indictment, the defendant, **Richard Denver Belden**, shall forfeit to the United States his interest in the following property, including, but not limited to:

1. Dell laptop computer containing a 240GB PNY hard drive, bearing identifying number PNY29140000552751002;

2. Black homebuilt tower containing hard drives:
   a. HGST internal 4TB hard drive, bearing serial number LAHE3N3J;
   b. Hitachi internal 4TB hard drive, bearing serial number LAGSAL2H;
   c. HGST internal 4TB hard drive, bearing serial number LAGG9L4J;
   d. HGST internal 4TB hard drive, bearing serial number LAGUHBHJ;
   e. Hitachi internal 2TB hard drive, bearing serial number FA0MD3PD; and
   f. Western Digital internal 6TB hard drive, bearing serial number WXK1H644WX8D.

This property is forfeitable pursuant to 18 U.S.C. § 2253(a) based upon the property being:

1. any visual depiction described in section . . . 2252 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;
2. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; or
3. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

By virtue of the commission of the offense alleged in this Indictment, any and all interest the defendant has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. §§ 2253(a)(1) and (a)(3).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____
MARISA J. MILLER
Assistant United States Attorney

Date: 6-13-18

Indictment – Page 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | No. 4:18CR<br>Judge |
| RICHARD DENVER BELDEN | § | |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)

Penalty: Imprisonment for not less than five years and not more than twenty years; but if the defendant has a prior conviction under this chapter, section 1591, chapter 71, chapter 109A, chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography or sex trafficking of children, such person shall be imprisoned for not less than fifteen years and not more than forty years; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

Special Assessment: $ 100.00

### Counts Two and Three

Violation: 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)

Penalty: Imprisonment for not more than ten years; but if any image of child pornography involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, such person shall be imprisoned for not more than twenty years; and, if the defendant has a prior conviction under this chapter, section 1591, chapter 71, chapter 109A,

chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography or sex trafficking of children, such person shall be imprisoned for not less than ten years and not more than twenty years; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

Special Assessment: $ 100.00