ORIGINAL

FILED

JUN 20 2019

Clerk, U.S. District Court
Texas Eastern

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:18CR103 |
| | § | (Judge Mazzant) |
| RICHARD DENVER BELDEN | § | |

## FACTUAL BASIS

The defendant, **Richard Denver Belden**, stipulates and agrees that the following facts are true and correct and that the government possesses sufficient legal and competent evidence for a jury to conclude beyond a reasonable doubt that he committed the offenses charged in the indictment:

1. As charged in Count One of the Indictment, on or about May 2, 2018, in the Eastern District of Texas, Richard Denver **Belden** did knowingly receive more than three images of child pornography that had been shipped and transported using any means and facility of interstate and foreign commerce, and that they had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. And further, at the time he received the images of child pornography he knew the images were child pornography; as defined in 18 U.S.C. § 2256(8).

2. As charged in Count Two of the Indictment, on or about May 15, 2018, in the Eastern District of Texas, Richard Denver **Belden** did knowingly possess material, namely, a

    Dell laptop computer, black in color and containing a 240GB PNY hard drive bearing identifying number PNY29140000552751002, that contained more than three images of child pornography, involving a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce, and that they had been shipped and transported in the and affecting interstate and foreign commerce by any means, including by computer. At the time Belden possessed the aforementioned hard drive he knew it contained child pornography, as defined in 18 U.S.C. § 2256(8).

3. As charged in Count Three of the Indictment, on or about May 15, 2018, in the Eastern District of Texas, Defendant Richard Denver **Belden** did knowingly possess material, namely, an HGST 4TB internal hard drive, labeled "Movies 4TB" and bearing serial number LAGG9L4J, that contained images of child pornography involving a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce; that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. At the time Belden possessed the aforementioned hard drive he knew it contained child pornography, as defined in 18 U.S.C. § 2256(8).

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read or had read to me this factual basis and have discussed it with my attorney. I fully understand the contents of it and agree without reservation that it accurately describes the events and my acts. Further, I understand the facts contained herein will be used by the Court to determine the basis for my guilt and by the probation office to determine the appropriate guidelines to apply in my case.

Dated: 4/23/2019

_____
RICHARD DENVER BELDEN
Defendant

## DEFENDANT'S COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual basis and have reviewed it with the defendant. Based upon my discussions with the defendant, I am satisfied that the defendant understands it.

Dated: 23 Apr 19

_____
ROBERT ARRAMBIDE
Attorney for the Defendant