IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:18CR103 |
| | § | Judge Mazzant |
| RICHARD DENVER BELDEN | § | |

## DECLARATION OF PUBLICATION

Pursuant to the Court's Preliminary Order of Forfeiture entered on August 22, 2019, Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning on August 24, 2019, and ending on September 22, 2019, pursuant to 21 U.S.C. § 853(n)(1) and the Attorney General's authority to determine the manner of publication of an Order of forfeiture in a criminal case.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

/s/
Marisa J. Miller
Assistant United States Attorney
New York Bar No. 4366415
101 East Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
Marisa.Miller@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that a copy of this document was served by electronic filing to opposing counsel on February 7, 2020.

/s/
Marisa J. Miller