IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:18CR103 |
| | § | Judge Mazzant |
| RICHARD DENVER BELDEN | § | |

### FINAL ORDER OF FORFEITURE

This Court entered a Preliminary Order of Forfeiture in the above-captioned matter on August 22, 2019, pursuant to 18 U.S.C. §§ 2253(a)(1) and (a)(3).

The government published, at www.forfeiture.gov for thirty consecutive days, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to all of the hereinafter described property, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to the defendant who is the subject of this Order, is hereby condemned and forfeited to the government in accordance with 18 U.S.C. §§ 2253(a)(1) and (a)(3):

   a. Dell laptop computer containing a 240GB PNY hard drive, bearing identifying number PNY29140000552751002;

      b.      Black homebuilt tower containing hard drives:
1. HGST internal 4TB hard drive, bearing serial number LAHE3N3J;
2. Hitachi internal 4TB hard drive, bearing serial number LAGSAL2H;
3. HGST internal 4TB hard drive, bearing serial number LAGG9L4J;
4. HGST internal 4TB hard drive, bearing serial number LAGUHBHJ;
5. Hitachi internal 2TB hard drive, bearing serial number FA0MD3PD; and
6. Western Digital internal 6TB hard drive, bearing serial number WXK1H644WX8D.

3. No claims have been filed by any party with respect to the forfeiture.

4. That the forfeited property shall be disposed of by the United States and/or the custodial agency in such manner as the United States Attorney General may direct.

**SIGNED this 7th day of February, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE